**In the ESTATE OF Devonia WELCH, Deceased.**

**Hazel Sparks, Appellant,**

v.

**Fannie Pearl Jackson, Respondent.**

**No. WD 65330.**

Missouri Court of Appeals,
Western District.

May 9, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 2006.

---

1. All further statutory references herein are to RSMo (2000) unless otherwise indicated.

Lesa L. Bonnett, Macon, MO, for Appellant.

Charles J. Dykhouse, Columbia, MO, for Respondent.

Before EDWIN H. SMITH, C.J., VICTOR C. HOWARD, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Ms. Hazel Sparks appeals from a judgment in favor of Ms. Fannie P. Jackson, in a discovery of assets case, where the trial court determined that Ms. Sparks and Mr. Luther Smith exercised undue influence over Ms. Devonia Welch in the transfer of certain personal property.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).